FILED

12/14/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0507

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Cause No.    DA 20-0507

BONNIE SHURTZ,
          Plaintiff/Respondent

V.

DALTON GROVE PROPERTIES, LP,
          Defendant/Appellant

ESTATE OF JOHN BILLMAYER, ESTATE
OF KATHRYN BILLMAYER, and all other
persons, unknown, claiming or who might
claim any right, title, estate, or interest in or
lien or encumbrance upon the real property
described in the complaint adverse to
plaintiffs ownership or any cloud upon
plaintiffs title, whether the claim or possible
claim is present or contingent,
          Defendants.

ORDER GRANTING
EXTENSION OF TIME

Appealed from the Twentieth Judicial District of the
State of Montana, in and for the County of Lake

Pursuant to the unopposed motion of Appellant and for good cause shown,

IT IS HEREBY ORDERED  that Appellant is granted an extension of time through and including January 24, 2021, within which to file its Opening Brief in the above-captioned matter.

DATED this ___ day of December 2020.

_____

Page 1 of  1

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
December 14 2020